IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KAULMAN REESE VINES,
    Petitioner,

vs.        Case No.: 3:14cv191/LAC/EMT

JULIE L. JONES,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 2, 2015 (doc. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

    **DONE and ORDERED** on this 2nd day of November, 2015.

                               s/ *L.A. Collier*
                               Lacey A. Collier
                       Senior United States District Judge